DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAYDEN MAKELL HARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1011
_____

May 3, 2024

Appeal from the County Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and Daniel Muller, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.